| | |
|---|---|
| 1 | JACKSON LEWIS P.C. |
| | MIA FARBER (SBN 131467) |
| 2 | 725 S. Figueroa St., Suite 2500 |
| | Los Angeles, CA, 90017 |
| 3 | Telephone: (213) 689-0404 |
| | Facsimile: (213) 689-0430 |
| 4 | Email: Mia.Farber@jacksonlewis.com |
| 5 | |
| 6 | JACKSON LEWIS P.C. |
| | SHANNON B. NAKABAYASHI (SBN 215469) |
| | CONOR J. DALE (SBN 274123) |
| 7 | 50 California Street, 9th Floor |
| | San Francisco, CA 94111-4615 |
| 8 | Telephone: (415) 394-9400 |
| | Facsimile: (415) 394-9401 |
| 9 | Email: Shannon.Nakabayashi@jacksonlewis.com |
| | Email: Conor.Dale@jacksonlewis.com |
| 10 | |
| | Attorneys for Defendant |
| 11 | CRUNCH, LLC |
| 12 | LADVA LAW FIRM |
| | ASHWIN LADVA (SBN 206140) |
| 13 | 530 Jackson St., 2nd Floor |
| | San Francisco, CA 94133 |
| 14 | Telephone: (415) 296-8844 |
| | Facsimile: (415) 296-8847 |
| 15 | Email: ladvalaw@gmail.com |
| 16 | Attorney for Plaintiffs |
| | DYLAN EACRET and JONATHAN KENT MERRITT |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN EACRET and JONATHAN KENT MERRITT, individually and on behalf of other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CRUNCH, LLC, and DOES 1-100, inclusive <br><br> Defendants. | Case Number: 3:18-cv-04374-JST <br><br> **JOINT STIPULATION TO COMPLETE MEDIATION** <br><br> Judge: The Hon. Jon S. Tigar <br> Department: Courtroom 9 - 19th Floor |

Plaintiffs DYLAN EACRET and JONATHAN KENT MERRITT ("Plaintiffs") and Defendant Crunch, LLC ("Defendant") (collectively, the "Parties") do hereby stipulate and agree as follows:

WHEREAS the Parties were ordered to complete private mediation by April 4, 2019;

WHEREAS the Parties agree that participation in mediation with Michael J. Loeb will facilitate the potential resolution of the above-referenced matter;

WHEREAS the Parties were ordered at the January 4, 2019 case management conference to agree to a mediation date by January 8, 2019;

IT IS HEREBY STIPULATED between the Parties to this action, by and through their attorneys of record that:

The Parties agree to mediate with Michael J. Loeb on March 22, 2019.

Dated: January 8, 2019            JACKSON LEWIS P.C.

By: */s/Shannon B. Nakabayashi*
Mia Farber
Shannon B. Nakabayashi
Conor J. Dale
Attorneys for Defendant
CRUNCH, LLC

Dated: January 8, 2019

By: */s/ Ashwin Ladva*
Ashwin Ladva
Attorney for Plaintiffs
DYLAN EACRET and JONATHAN KENT MERRITT

## [PROPOSED] ORDER

**PURSUANT TO THE JOINT STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: January 9, 2019

Hon. Jon S. Tigar
United States District Court Judge

4816-3142-4901, v. 1