| | |
|---|---|
| 1 | JACKSON LEWIS P.C. |
| | MIA FARBER (SBN 131467) |
| 2 | 725 S. Figueroa St., Suite 2500 |
| | Los Angeles, CA, 90017 |
| 3 | Telephone: (213) 689-0404 |
| | Facsimile: (213) 689-0430 |
| 4 | Email: Mia.Farber@jacksonlewis.com |

JACKSON LEWIS P.C.
SHANNON B. NAKABAYASHI (SBN 215469)
CONOR J. DALE (SBN 274123)
50 California Street, 9th Floor
San Francisco, CA 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Email: Shannon.Nakabayashi@jacksonlewis.com
Email: Conor.Dale@jacksonlewis.com

Attorneys for Defendant
CRUNCH, LLC

LADVA LAW FIRM
ASHWIN LADVA (SBN 206140)
530 Jackson St., 2nd Floor
San Francisco, CA 94133
Telephone: (415) 296-8844
Facsimile: (415) 296-8847
Email: ladvalaw@gmail.com

Attorney for Plaintiffs
DYLAN EACRET and JONATHAN KENT MERRITT

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN EACRET and JONATHAN KENT MERRITT, individually and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRUNCH, LLC, and DOES 1-100, inclusive<br><br>Defendants. | Case Number: 3:18-cv-04374-JST<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE APRIL 19, 2019 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Judge: The Hon. Jon S. Tigar<br>Department: Courtroom 9 - 19th Floor |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs DYLAN EACRET and JONATHAN KENT MERRITT ("Plaintiffs") and Defendant CRUNCH, LLC ("Defendant") (collectively, the "Parties") through their respective attorneys of record, hereby submit this Notice of Settlement and Stipulation to Continue the April 19, 2019 Case Management Conference.

WHEREAS the Parties attended a private mediation with Michael J. Loeb on March 22, 2019 and have reached a tentative class-wide settlement as memorialized in a Memorandum of Understanding executed by the Parties and their respective counsel;

WHEREAS, the Parties are currently in the process of drafting a long-form settlement agreement and Plaintiff anticipates filing a Motion for Preliminary Approval of Class Action Settlement by June 3, 2019;

WHEREAS, the Parties respectfully request that the Court vacate the April 19, 2019 status conference in light of the Parties' class-wide resolution and pending motion for preliminary approval;

WHEREAS, pursuant the Court's January 4, 2019 order, a status conference is currently scheduled for April 19, 2019 at 1:30 p.m.;

NOW, THEREFORE, the Parties stipulate and respectfully jointly request that the Court:

1. Continue the status conference set for April 19, 2019 at 1:30 p.m.; and
2. Order the hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement for July 18, 2019, at 2:00 p.m. or as soon thereafter as may be heard on the Court's calendar.

Dated: April 8, 2019   JACKSON LEWIS P.C.

By: */s/Shannon B. Nakabayashi*
Mia Farber
Shannon B. Nakabayashi
Conor J. Dale
Attorneys for Defendant
CRUNCH, LLC

2
JOINT NOTICE OF SETTLEMENT                                Case No. 3:18-cv-04374-JST

Dated: April 8, 2019

By: */s/ Ashwin Ladva*
Ashwin Ladva
Attorney for Plaintiffs
DYLAN EACRET and JONATHAN KENT MERRITT

Counsel for Plaintiffs, Dylan Eacret and Jonathan Kent Merritt, authorized submission of his e-signature on this document in writing, by e-mail dated 4/5//2019, 1:17 PM

**[PROPOSED] ORDER**

**PURSUANT TO THE JOINT STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: April 9, 2019

Hon. Jon S. Tigar
United States District Court Judge

4847-4315-3809, v. 1