| | |
|---|---|
| 1 | JACKSON LEWIS P.C. |
| | MIA FARBER (SBN 131467) |
| 2 | 725 S. Figueroa St., Suite 2500 |
| | Los Angeles, CA, 90017 |
| 3 | Telephone: (213) 689-0404 |
| | Facsimile: (213) 689-0430 |
| 4 | Email: Mia.Farber@jacksonlewis.com |
| 5 | JACKSON LEWIS P.C. |
| | SHANNON B. NAKABAYASHI (SBN 215469) |
| 6 | CONOR J. DALE (SBN 274123) |
| | 50 California Street, 9th Floor |
| 7 | San Francisco, CA 94111-4615 |
| | Telephone: (415) 394-9400 |
| 8 | Facsimile: (415) 394-9401 |
| | Email: Shannon.Nakabayashi@jacksonlewis.com |
| 9 | Email: Conor.Dale@jacksonlewis.com |
| 10 | Attorneys for Defendant |
| | CRUNCH, LLC |
| 11 | |
| 12 | LADVA LAW FIRM |
| | ASHWIN LADVA (SBN 206140) |
| 13 | 530 Jackson St., 2nd Floor |
| | San Francisco, CA 94133 |
| 14 | Telephone: (415) 296-8844 |
| | Facsimile: (415) 296-8847 |
| 15 | Email: ladvalaw@gmail.com |
| 16 | Attorney for Plaintiffs |
| | DYLAN EACRET |
| 17 | and JONATHAN KENT MERRITT |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN EACRET and JONATHAN KENT MERRITT, individually and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRUNCH, LLC, and DOES 1-100, inclusive<br><br>Defendants. | Case Number: 3:18-cv-04374-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT**<br><br>Judge: The Hon. Jon S. Tigar<br>Department: Courtroom 9 - 19th Floor |

---

1

JOINT STIPULATION AND                                                          Case No. 3:18-cv-04374-JST
[PROPOSED] ORDER PERMITTING
PERMITTING PLAINTIFFS TO FILE A FAC

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs DYLAN EACRET and JONATHAN KENT MERRITT ("Plaintiffs") and Defendant CRUNCH, LLC ("Defendant") (collectively, the "Parties") through their respective attorneys of record, hereby submit the following Joint Stipulation and [Proposed] Order Permitting Plaintiffs to file a First Amended Complaint:

WHEREAS the Parties agreed to attended a private mediation with Michael J. Loeb on March 22, 2019 to resolve this dispute; and

WHEREAS, Plaintiffs drafted and circulated a draft First Amended Complaint in advance of this mediation to communicate all the claims and theories of liability alleged against Defendant and which Plaintiffs would seek to resolve at the mediation; and

WHEREAS the Parties reached a tentative resolution of all the claims and theories of liability alleged in the draft First Amended Complaint at the March 22, 2019 mediation; and

WHEREAS, the Parties agreed that the First Amended Complaint would need to be filed with the Court to gain the Court's approval of the settlement of this dispute:

//

//

NOW, THEREFORE, the Parties stipulate and respectfully request that the Court permit Plaintiffs to file a First Amended Complaint.

Dated: April 30, 2019         JACKSON LEWIS P.C.

                                  By:    */s/ Conor J. Dale*
                                               Mia Farber
                                             Shannon B. Nakabayashi
                                             Conor J. Dale
                                             Attorneys for Defendant
                                             CRUNCH, LLC

Dated: April 30, 2019

                                  By:    */s/ Ashwin Ladva*
                                             Ashwin Ladva
                                             Attorney for Plaintiffs
                                             DYLAN EACRET and JONATHAN KENT MERRITT

## [PROPOSED] ORDER

**PURSUANT TO THE JOINT STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated:_____May 1_____, 2019

                                                              Hon. Jon S. Tigar
                                                              United States District Court Judge

4847-4519-7972, v. 1